Hon. David W. Christel

FILED ___ LODGED
___ RECEIVED

AUG 05 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LUIS MORENO-LUNA, and<br>MANUEL FLORES-ESTRADA<br><br>Defendants. | CASE NO. MJ19-5144<br><br>COMPLAINT for VIOLATION<br><br>Title 21, United States Code,<br>Sections 841(a)(1) and 841(b)(1)(A), and<br>Title 18, United States Code, Section 2 |

BEFORE the Honorable David W. Christel, United States Magistrate Judge, Tacoma, Washington.

The undersigned complainant being duly sworn states:

### COUNT 1
**(Possession with Intent to Distribute Controlled Substances)**

On or about August 1, 2019, at Grays Harbor County, within the Western District of Washington and elsewhere, LUIS MORENO-LUNA and MANUEL FLORES-ESTRADA did knowingly possess, with the intent to distribute, and aid and abet the possession of with the intent to distribute, substances controlled under Title 21, United States Code, Section 812, Schedule I and II, including, but not limited to, heroin and methamphetamine.

COMPLAINT / *U.S. v. MORENO-LUNA et al.*- 1
USAO #2019R00717

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

It is further alleged that this offense involved one kilogram and more of a mixture and substance containing a detectable amount of heroin.

It is further alleged that this offense involved 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

I, Colin Fine, being first duly sworn on oath, depose and say:

**AFFIANT BACKGROUND AND EXPERIENCE**

1. I am a Special Agent with the Drug Enforcement Administration (DEA), United States Department of Justice, and have been so employed since April 2017. In that capacity, I investigate violations of the Controlled Substances Act (Title 21, United States Code, Section 801, et seq.). I am currently assigned to the Seattle Field Division, Tacoma Resident Office. My training and experience includes, but is not limited to, a twenty-week course at the DEA academy in Quantico, Virginia. At the DEA academy, I was trained in all aspects of conducting narcotics investigations to include debriefing defendants, witnesses, and informants, conducting surveillance, executing search warrants, conducting controlled deliveries, utilizing law enforcement, open source, and social media databases, and seizing narcotics and narcotics-related assets. I am familiar with investigations of drug trafficking organizations, methods of importation and exportation, distribution, and smuggling of controlled substances, and financial and money laundering investigations. I have participated in investigations involving organizations trafficking in controlled substances, including heroin, and such investigations have resulted in the arrests of drug traffickers and seizures of controlled substances. I have participated in the execution of drug search warrants and have personally been involved in the seizure of controlled substances. Based on my training, experience and conversations with other experienced narcotics investigators, I have gained experience in the techniques and methods used by drug traffickers to distribute

COMPLAINT / U.S. v. MORENO-LUNA et al.- 2
USAO #2019R00717

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

controlled substances. Prior to my employment with DEA, I served 12 years on active duty in the United States Marine Corps, achieving the rank of Gunnery Sergeant.

## BACKGROUND

2. I am providing the information in this affidavit both from my personal observations and knowledge, and from information obtained from other law enforcement officers and agents participating in this investigation. I am not providing all information about this investigation, but rather information in a summary fashion that I believe is pertinent to a fair determination of probable cause.

## SOURCES OF INFORMATION

3. This investigation is being conducted by the Drug Enforcement Administration (DEA) Tacoma Resident Office, the Lewis County Joint Narcotics Enforcement Team (JNET), and the Grays Harbor Drug Task Force (GHDTF). I have participated with other agents and law enforcement officers involved in the investigation.

4. The facts set forth in this affidavit arise from my personal and direct participation in the investigation, my experience and training as a DEA Special Agent, my conversations with witnesses and other law enforcement personnel participating in this and related investigations, and my review of relevant documents and reports. I have obtained and read reports prepared by various law enforcement officers participating in this investigation, and in the other investigations discussed, including but not limited to Special Agents and Task Force Officers with DEA, detectives and officers from JNET, the GHDTF, and other various departments or agencies, confidential sources, and other sources of information. When I refer to the criminal history of a subject, I have read the available criminal history from state or federal agencies.

## CONFIDENTIAL SOURCES

5. This investigation utilized the assistance of a confidential source ("CS"). For the purpose of this affidavit, I will include information from the confidential source, discussed below, who will be referred to as the CS. The information provided by the CS to date has been timely and accurate. Investigators believe that the information provided

COMPLAINT / U.S. v. MORENO-LUNA et al.- 3
USAO #2019R00717

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

by the CS has been truthful and credible based on corroboration during the course of the investigation, as described below.

6. The CS is working for monetary considerations. In exchange for working with law enforcement, CS has also received assistance in quashing a misdemeanor warrant. The CS has been involved in the illicit drug trade for more than five years. The CS has been a user of narcotics. The CS also has three felony convictions from more than a decade ago. The CS cooperated with law enforcement out of concerns for his/her community and has been provided monetary compensation of information provided to law enforcement. Investigators believe that the CS has been honest and forthcoming to investigators regarding the CS's involvement and knowledge of illicit drug trafficking within Grays Harbor County, Washington and elsewhere.

## THE INVESTIGATION

7. Beginning in early 2018, agents from DEA Tacoma received information about MARIA LUISA GARCIA-VALENZUELA. According the investigation and initial information from sources of information, GARCIA-VALENZUELA is a large-scale methamphetamine and heroin trafficker operating in the Tacoma, Washington area. Furthermore, through the course of the investigation law enforcement learned that GARCIA-VALENZUELA was involved in transporting large shipments of methamphetamine and heroin in passenger vehicles from Phoenix, Arizona, to the state of Washington, where she distributed the drugs in Pierce County and Grays Harbor County.

8. According to the CS, approximately three years ago, the CS met at least two drug traffickers who sold drugs supplied by GARCIA-VALENZUELA. According to the CS, the CS has met GARCIA-VALENZUELA and has sold drugs that the CS purchased from GARCIA-VALENZUELA's drug trafficking organization (DTO). In this manner, the CS gained first-hand knowledge of the inter-dealings of GARCIA-VALENZUELA's DTO. According to the CS, GARCIA-VALENZUELA lived in Tacoma, Washington, with her wife, ALONDRA ESPINOZA-ARMENTA, with whom GARCIA-VALENZUELA coordinated the shipment of drugs to the state of Washington

COMPLAINT / U.S. v. MORENO-LUNA et al.- 4
USAO #2019R00717

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

from Arizona and California. According to the CS, GARCIA-VALENZUELA kept drugs and drug proceeds at her house on South J Street in Tacoma, Washington. According to the CS, drugs and drugs proceeds were buried in a metal box in GARCIA-VALENZUELA's yard.

9. On June 20, 2019, law enforcement executed a federal search warrant on the South J Street residence and arrested GARCIA-VALENZUELA, ALONDRA ESPINOZA-ARMENTA and some of their associates.[1] Law enforcement found approximately 2.5 kilograms of heroin and approximately $50,000 in drug proceeds buried at the South J Street residence, as the CS had stated.

10. Following the arrests on June 20, 2019, the CS told investigators that ALONDRA ESPINOZA-ARMENTA's brother, REY ARTURO ESPINOZA-ARMENTA, is in Mexico and plans to take over the narcotics business in Grays Harbor County and elsewhere.

11. On July 30, 2019, the CS informed law enforcement that REY ARTURO ESPINOZA-ARMENTA was sending a large shipment of narcotics to western Washington. According to the CS, the narcotics were being transported by at least one individual known as "Luis," and Luis was driving a 2008 blue Chevrolet Silverado. The CS also stated that the individuals transporting the drugs were using two telephone numbers, including one ending in 1610. The CS specifically stated that the Silverado would be traveling westbound along Highway 8 in the direction of Aberdeen, Washington, between 5:30 pm and 7:00 pm on August 1, 2019.

12. On August 1, 2019, investigators established surveillance in order to locate the vehicle that the CS had described. That day, at approximately 6:45 p.m., investigators observed a 2008 blue Silverado traveling westbound on Highway 8. Law enforcement observed the Silverado traveling 10 to 15 miles above the speed limit. They stopped the Silverado for the traffic violation just outside the city limits of McCleary, in

---

[1] GARCIA-VALENZUELA and ESPINOZA-ARMENTA are charged in *United States v. GARCIA-VALENZUELA, et al*, cause no. CR19-5209-RJB, with Conspiracy to Distribute Heroin and Distribution of Heroin.

COMPLAINT / *U.S. v. MORENO-LUNA et al.*- 5
USAO #2019R00717

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Grays Harbor County, Washington. The driver identified himself to law enforcement as LUIS MORENO-LUNA, and the passenger identified himself as MANUEL FLORES-ESTRADA. Approximately ten minutes after the stop, a Washington-certified K-9 was deployed on the vehicle.[2] The K-9 handler advised investigators that the K-9 positively alerted to the presence of narcotics, specifically, on the passenger side near the cab of the pickup.

13. While being read his *Miranda* warnings in Spanish, MORENO-LUNA became angry at the officer. After the *Miranda* warnings, MORENO-LUNA stated to a Grays Harbor Sherriff Deputy that he was going to kill the deputy and his family. MORENO-LUNA also made statements about wanting to be deported back to his country, of Mexico, so that he could live free again.

14. FLORES-ESTRADA was read his *Miranda* warnings in Spanish, and he acknowledged and waived the warnings. After the warnings, FLORES-ESTRADA stated that investigators would locate narcotics inside the passenger door of the Silverado, and it would be wrapped in blue, grey, and brown tape. FLORES-ESTRADA stated that MORENO-LUNA was responsible for the transportation of the narcotics. FLORES-ESTRADA provided investigators with his phone number, which ended in 1610.

15. Investigators applied for and were granted a state search warrant for the Silverado. During a subsequent execution of the search warrant, investigators seized 1,795 gross grams of suspected heroin and 1,185 gross grams of suspected methamphetamine hidden inside the passenger door panel of the Silverado. The suspected narcotics were wrapped in tape as FLORES-ESTRADA had described. The narcotics field-tested positive for heroin and methamphetamine, respectively. Based upon my training and experience, I know that these quantities of heroin and

---

[2] PSD K-9 Pax is certified by the Washington State Criminal Justice Training commission (CJTC) and the California Narcotics Canine Association (CNCA) as a Narcotics Detection Dog. PSD Pax was certified on June 27, 2018. The certification processes included numerous searches for the narcotics; recognition of physical and mental reaction of the canine; and interpretation of reactions displayed by the canine. Pax alerts after detecting the scent of controlled substances for which he has been trained. His alert consists of physical and mental reactions, which include a heightened emotional state. His final indication will result in his sitting or laying down.

COMPLAINT / *U.S. v. MORENO-LUNA et al.*- 6
USAO #2019R00717

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

methamphetamine are consistent with distribution quantities, not personal use. Even taking into account the estimated weight of the packaging, there was more than one kilogram of heroin, and more than 500 grams of methamphetamine (mixture) in the Silverado.

16. In the Silverado, law enforcement also found proof of insurance cards under the names of LUIS MORENO-LUNA and MANUEL FLORES-ESTRADA.

**CONCLUSION**

17. Based on the foregoing, I respectfully submit that there is probable cause to believe that on August 1, 2019, MORENO-LUNA and FLORES-ESTRADA knowingly possessed with intent to distribute, and aided and abetted the possession of with intent to distribute, controlled substances, specifically, heroin and methamphetamine, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

DATED this 5th day of August, 2019.

_____
COLIN FINE, Complainant
Special Agent, DEA

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendants committed the offense set forth in the Complaint.

_____
HON. DAVID W. CHRISTEL
United States Magistrate Judge

COMPLAINT / U.S. v. MORENO-LUNA et al.- 7
USAO #2019R00717

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800